In the United States District Court For the District of Connecticut

2011 OCT -3 P 3:08

U.S. DISTRICT COURT
NEW HAVEN, CT

Keith Russell Judd, Plaintiff,
v.
Secretary of State of Connecticut;
State of Connecticut, Defendants,

No. 3:11-CV-00879-MRK

Motion For Entry of Default Judgment By The Clerk

Plaintiff, Keith Russell Judd, Pro Se, hereby moves this Court for entry of a Default Judgment, by the Clerk, pursuant to Fed. R. Civ. P. Rule 55(b)(1). Plaintiff has previously moved this Court for entry of Default, pursuant to Fed. R. Civ. P. Rule 55(a), as the Defendants were served with summons and failed to file and serve an Answer. The Defendants have failed to enter an Appearance.

Date: September 16, 2011

Respectfully Submitted,

*Keith Judd*

Keith Russell Judd, Plaintiff
Reg. #11593-051, Unit K-1
Federal Correctional Institute
P.O. Box 7000
Texarkana, Texas, 75505

Proof of Filing by Inmate

I declare under penalty of perjury pursuant to Houston v. Lack, 487 U.S. 266 (1988), that on September 16, 2011, I mailed this with First Class U.S. Postage prepaid and properly addressed to: 1.) Roberta D. Tabora, Clerk, U.S. District Court, 141 Church Street, New Haven, Connecticut 06510

By, *Keith Judd*
Keith Judd